UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Erika Annabel Matute Tapia,<br><br>                              Petitioner,<br><br>              v.<br><br>Pamela Bondi, et al.,<br><br>                              Respondents. | 26-CV-1391 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Following her arrest by Immigration and Customs Enforcement on February 17, 2026, Erika Annabel Matute Tapia ("Petitioner") filed a Petition for Writ of Habeas Corpus on February 19, 2026, seeking her release from custody and a stay of removal from the United States. ECF Nos. 1, 2. Petitioner's counsel asserted that subsequent to the filing of the Petition, counsel discovered that Petitioner had been transferred to the Port Isabel Detention Center in Los Fresnos, Texas, and Petitioner's filings seek her return to New York state. ECF No. 2 at 2.

On February 19, 2026, this Court entered an Order directing Respondents to show cause the Petition should not be granted. ECF No. 3.

Respondents have now moved to transfer this case to the Southern District of Texas. ECF No. 7. Respondents have asserted that immediately following her February 17, 2026 arrest, Petitioner was transported to Mesa, Arizona, arriving at approximately 9:15 p.m., local time. ECF No. 9 ¶ 5. They assert that Petitioner was then transported to Harlingen, Texas, and arrived at approximately 1:25 p.m. local time on February 18, 2026. *Id.* ¶ 6. The Petition was filed on February 19, 2026.

In its February 19 Order, the Court afforded Petitioner, through counsel, the opportunity to reply to Respondents' submissions by February 25, 2026. Petitioner has not done so, and has

not otherwise contested Respondents' characterization of the timeline of Petitioner's transfers. The Court credits Respondents' assertion that Petitioner was located in the Southern District of Texas when the Petition was filed on February 19, 2026. Accordingly, for the reasons stated in Respondents' submission, this case must be transferred to the Southern District of Texas. ECF No. 8 at 3-5; *Khalil v. Joyce*, 771 F. Supp. 3d 268, 280-86 (S.D.N.Y. 2025).

All conferences and deadlines are **CANCELLED**. The Court **GRANTS** Respondents' Motion to Transfer the case to the Southern District of Texas.

This Court's Initial Scheduling Order prohibited removal of Petitioner from the United States. *See* ECF No. 3. That directive remains in effect unless and until the transferee court orders otherwise.

The Clerk of Court is respectfully directed to terminate ECF No. 7 and to transfer this case to the Southern District of Texas.

SO ORDERED.

Dated: February 26, 2026
       New York, New York

_____
DALE E. HO
United States District Judge
